**DOSTART CLAPP & COVENEY, LLP**
James F. Clapp, Esq. (SBN 145814)
    Email:    jclapp@sdlaw.com
Marita Murphy Lauinger, Esq. (SBN 199242)
    Email:    mlauinger@sdlaw.com
Zach P. Dostart, Esq. (SBN 255071)
    Email:    zdostart@sdlaw.com
4370 La Jolla Village Dr., Suite 970
San Diego, CA 92122-1253
Tel: (858) 623-4200
Fax: (858) 623-4299

Attorneys for Plaintiff SHANNON GAUNT

**McGuireWoods LLP**
Matthew C. Kane, Esq.    (SBN 171829)
    Email:    mkane@mcguirewoods.com
Michael D. Mandel, Esq. (SBN 216934)
    Email:    mmandel@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 315-8200
Facsimile:   (310) 315-8210

Attorneys for Defendants COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORP. and BANK OF AMERICA CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON GAUNT, individually and on behalf of all others similarly-situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; BANK OF AMERICA CORPORATION, a Delaware corporation,<br><br>            Defendants. | CASE NO. CV11-0473 EB SC<br><br>**JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**[Civ. L.R. 6-1]**<br><br>**Original Response Date:  03/10/11**<br>**Current Response Date:  05/12/11**<br>**New Response Date:       05/27/11** |

31179904.1

**JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

## **RECITALS**

WHEREAS, Plaintiff SHANNON GAUNT ("Plaintiff") filed a Complaint on January 31, 2011 in this Court against Defendants COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORPORATION, and BANK OF AMERICA CORPORATION (collectively, "Defendants"); and

WHEREAS, Plaintiff personally served Defendants with a Summons and Complaint in this action on February 17, 2011; and

WHEREAS, based on the foregoing and pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants' deadline to respond to Plaintiff's Complaint was March 10, 2011; and

WHEREAS, on March 9, 2011, the parties stipulated pursuant to Local Rule 6-1 to a 14-day extension of time for Defendants to serve and file any motions or other pleadings responsive to Plaintiff's Complaint (Dkt. #8); and

WHEREAS, on March 24, 2011, the parties stipulated pursuant to Local Rule 6-1 to a further extension of time for Defendants to serve and file any motions or other pleadings responsive to Plaintiff's Complaint, to and including April 14, 2011 (Dkt. #9); and

WHEREAS, on April 12, 2011, the parties stipulated pursuant to Local Rule 6-1 to a further extension of time for Defendants to serve and file any motions or other pleadings responsive to Plaintiff's Complaint, to and including April 28, 2011 (Dkt. #15); and

WHEREAS, on April 26, 2011, the parties stipulated pursuant to Local Rule 6-1 to a further extension of time for Defendants to serve and file any motions or other pleadings responsive to Plaintiff's Complaint, to and including May 12, 2011 (Dkt. #20); and

WHEREAS, the parties have been engaged in settlement discussions and have reached an agreement in principle on the settlement of Plaintiff's individual claims and the disposition of the entire action, and are currently in the process of memorializing that agreement in written settlement documents, and wish to provide themselves additional time to finalize those documents resolving this action in its entirety and thereby preserve the resources of the Court and the parties; and

WHEREAS, the parties agree and are stipulating herein pursuant to Local Rule 6-1 to a further extension of time for Defendants to serve and file any motions or other pleadings responsive to Plaintiff's Complaint.

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants through their respective undersigned counsel that:

1. Defendants' time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiff's Complaint in this action shall be and hereby is extended by an additional 15 days to and including May 27, 2011; and

2. By entering into this Stipulation, Defendants do not waive and expressly reserve all defenses and challenges to Plaintiff's action.

DATED: May 12, 2011          **DOSTART CLAPP & COVENEY, LLP**

By:     /s/ Zach P. Dostart
James F. Clapp, Esq.
Marita Murphy Lauinger, Esq.
Zach P. Dostart, Esq.

Attorneys for Plaintiff
SHANNON GAUNT

DATED: May 12, 2011          **McGuireWoods LLP**

By:     /s/ Matthew C. Kane
Matthew C. Kane, Esq.
Michael D. Mandel, Esq.

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORP. and BANK OF AMERICA CORP

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA