1 | **DOSTART CLAPP & COVENEY, LLP**
James F. Clapp, Esq. (SBN 145814)
2 |      Email:    jclapp@sdlaw.com
Marita Murphy Lauinger, Esq. (SBN 199242)
3 |      Email:    mlauinger@sdlaw.com
Zach P. Dostart, Esq. (SBN 255071)
4 |      Email:    zdostart@sdlaw.com
4370 La Jolla Village Dr., Suite 970
5 | San Diego, CA 92122-1253
Tel: (858) 623-4200
6 | Fax: (858) 623-4299

7 | Attorneys for Plaintiff SHANNON GAUNT

8 | **MCGUIREWOODS LLP**
Matthew C. Kane, Esq.   (SBN 171829)
9 |      Email:    mkane@mcguirewoods.com
Michael D. Mandel, Esq. (SBN 216934)
10 |      Email:    mmandel@mcguirewoods.com
1800 Century Park East, 8th Floor
11 | Los Angeles, California 90067
Telephone:   (310) 315-8200
12 | Facsimile:    (310) 315-8210

13 | Attorneys for Defendants COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE FINANCIAL CORP. and BANK OF AMERICA CORP.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON GAUNT, individually and on behalf of all others similarly-situated, | CASE NO. CV11-0473 LB |
| Plaintiff, | **JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| vs. | |
| COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; BANK OF AMERICA CORPORATION, a Delaware corporation, | **[Civ. L.R. 6-1]** |
| | **Original Response Date:  03/10/11**
**Current Response Date:  05/27/11**
**New Response Date:       06/10/11** |
| Defendants. | |

31450577.1

**JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**