**DOSTART CLAPP & COVENEY, LLP**
James F. Clapp, Esq. (SBN 145814)
    Email:    jclapp@sdlaw.com
Marita Murphy Lauinger, Esq. (SBN 199242)
    Email:    mlauinger@sdlaw.com
Zach P. Dostart, Esq. (SBN 255071)
    Email:    zdostart@sdlaw.com
4370 La Jolla Village Dr., Suite 970
San Diego, CA 92122-1253
Tel: (858) 623-4200
Fax: (858) 623-4299

Attorneys for Plaintiff SHANNON GAUNT

**MCGUIREWOODS LLP**
Matthew C. Kane, Esq.   (SBN 171829)
    Email:    mkane@mcguirewoods.com
Michael D. Mandel, Esq. (SBN 216934)
    Email:    mmandel@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 315-8200
Facsimile:   (310) 315-8210

Attorneys for Defendants COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORP. and BANK OF AMERICA CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON GAUNT, individually and on behalf of all others similarly-situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; BANK OF AMERICA CORPORATION, a Delaware corporation,<br><br>        Defendants. | CASE NO. CV11-0473 ~~LB~~ SC<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**[Civ. L.R. 6-12]**<br><br>**Current CMC Date:**    06/24/11<br>**New CMC Date:**       07/22/11 |

31825589.1

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

## **RECITALS**

WHEREAS, Plaintiff SHANNON GAUNT ("Plaintiff") filed a Complaint on January 31, 2011 in this Court against Defendants COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORPORATION, and BANK OF AMERICA CORPORATION (collectively, "Defendants"); and

WHEREAS, Plaintiff personally served Defendants with a Summons and Complaint in this action on February 17, 2011; and

WHEREAS, on April 21, 2011, the Court issued an Order setting a Case Management Conference for June 24, 2011 at 10:00 a.m. [Dkt. #19]; and

WHEREAS, the parties have been engaged in settlement discussions and have reached an agreement in principle on the settlement of Plaintiff's individual claims and the disposition of the entire action, and are currently reviewing drafts of and proposed revisions to the written settlement documents, and wish to provide themselves additional time to finalize those documents resolving this action in its entirety and thereby preserve the resources of the Court and the parties; and

WHEREAS, the parties agree and are stipulating herein pursuant to Local Rule 6-2 to continue the Case Management Conference set for June 24, 2011, with a commensurate enlargement of all related deadlines, including but not limited to the deadlines for filing a Case Management Conference Statement and holding a Rule 26(f) Conference.

///

///

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants through their respective undersigned counsel that the Case Management Conference in this action shall be and hereby is continued from June 24, 2011 to July 22, 2011 at 10:00 a.m., with a commensurate enlargement of all related deadline, including but not limited to the deadlines for filing a Case Management Conference Statement and holding a Rule 26(f) Conference.

DATED: June 17, 2011            **DOSTART CLAPP & COVENEY, LLP**

By:   /s/ James F. Clapp
      James F. Clapp, Esq.
      Marita Murphy Lauinger, Esq.
      Zach P. Dostart, Esq.

Attorneys for Plaintiff
SHANNON GAUNT

DATED: June 17, 2011            **McGuireWoods LLP**

By:   /s/ Matthew C. Kane
      Matthew C. Kane, Esq.
      Michael D. Mandel, Esq.

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE FINANCIAL CORP.
and BANK OF AMERICA CORP

31825589.1

2

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON GAUNT, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; BANK OF AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants. | CASE NO. CV11-0473 ~~LB~~ SC<br><br>**[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**[Civ. L.R. 6-12]**<br><br>**Current CMC Date:**    06/24/11<br>**New CMC Date:**         07/22/11 |

31825592.1

Having reviewed and considered the parties' Stipulation to Continue Case Management Conference and Related Deadlines, and good cause appearing for the same,

IT IS HEREBY ORDERED that the Case Management Conference set for June 24, 2011 shall be and hereby is continued to ~~July 22, 201~~ August 26, 2011 at 10:00 a.m. All related dates and deadlines, including but not limited to deadlines for filing a Case Management Conference Statement and holding a Rule 26(f) Conference, shall be and hereby are continued accordingly.

IT IS SO ORDERED.

DATED: 6/21/11

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

31825792.1

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**