**DOSTART CLAPP & COVENEY, LLP**
James F. Clapp, Esq. (SBN 145814)
　　Email:　　jclapp@sdlaw.com
Marita Murphy Lauinger, Esq. (SBN 199242)
　　Email:　　mlauinger@sdlaw.com
Zach P. Dostart, Esq. (SBN 255071)
　　Email:　　zdostart@sdlaw.com
4370 La Jolla Village Dr., Suite 970
San Diego, CA 92122-1253
Tel: (858) 623-4200
Fax: (858) 623-4299

Attorneys for Plaintiff SHANNON GAUNT

**MCGUIREWOODS LLP**
Matthew C. Kane, Esq.　(SBN 171829)
　　Email:　　mkane@mcguirewoods.com
Michael D. Mandel, Esq. (SBN 216934)
　　Email:　　mmandel@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:　(310) 315-8200
Facsimile:　(310) 315-8210

Attorneys for Defendants COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORP. and BANK OF AMERICA CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON GAUNT, individually and on behalf of all others similarly-situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; BANK OF AMERICA CORPORATION, a Delaware corporation,<br><br>　　　　Defendants. | CASE NO. 3:11-CV-00473 SC<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>*[Proposed Order Filed Under Separate Cover]* |

32227465.1

**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

WHEREAS, this Joint Stipulation to Dismiss the Entire Action With Prejudice is submitted by Plaintiff Shannon Gaunt ("Plaintiff") and Defendants Countrywide Home Loans, Inc., Countrywide Financial Corp. and Bank of America Corporation (collectively, "Defendants")

WHEREAS, the Parties have reached a complete resolution of Plaintiff's claims for relief in this action, memorialized in a confidential settlement agreement and release;

Based upon the foregoing, IT IS HEREBY STIPULATED by and between the Parties to this action through their undersigned counsel of record that the above-captioned action hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees, except as otherwise may be allocated in the parties' settlement agreement.

DATED: June 8, 2011　　　　　**DOSTART CLAPP & COVENEY, LLP**

By: /s/ Zach P. Dostart
　　　James F. Clapp, Esq.
　　　Marita Murphy Lauinger, Esq.
　　　Zach P. Dostart, Esq.

Attorneys for Plaintiff
SHANNON GAUNT

DATED: July 8, 2011　　　　　**MCGUIREWOODS LLP**

By: /s/ Michael D. Mandel
　　　Matthew C. Kane, Esq.
　　　Michael D. Mandel, Esq.

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE FINANCIAL CORP.
and BANK OF AMERICA CORP

32227465.1

1

**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

**DOSTART CLAPP & COVENEY, LLP**
James F. Clapp, Esq. (SBN 145814)
  Email:  jclapp@sdlaw.com
Marita Murphy Lauinger, Esq. (SBN 199242)
  Email:  mlauinger@sdlaw.com
Zach P. Dostart, Esq. (SBN 255071)
  Email:  zdostart@sdlaw.com
4370 La Jolla Village Dr., Suite 970
San Diego, CA 92122-1253
Tel: (858) 623-4200
Fax: (858) 623-4299

Attorneys for Plaintiff SHANNON GAUNT

**McGuireWoods LLP**
Matthew C. Kane, Esq.   (SBN 171829)
  Email:  mkane@mcguirewoods.com
Michael D. Mandel, Esq. (SBN 216934)
  Email:  mmandel@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 315-8200
Facsimile:   (310) 315-8210

Attorneys for Defendants COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORP. and BANK OF AMERICA CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON GAUNT, individually and on behalf of all others similarly-situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; BANK OF AMERICA CORPORATION, a Delaware corporation,<br><br>  Defendants. | CASE NO. 3:11-CV-00473 SC<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

32227646.1

**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Plaintiff Shannon Gaunt ("Plaintiff") and Defendants Countrywide Home Loans, Inc., Countrywide Financial Corp. and Bank of America Corporation (collectively, "Defendants") have presented to the Court a stipulation to dismiss this entire action with prejudice, in which they have represented that they have reached a complete resolution of Plaintiff's claims for relief in this action, memorialized in a confidential settlement agreement and release.

Based upon the foregoing, IT IS HEREBY ORDERED THAT the above-captioned action hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees, except as otherwise may be allocated in the parties' settlement agreement.

DATED: 7/14/11



_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

32227646.1

**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1